# COMPOSITE EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Monica L. Dickerson-Floyd,<br><br>      Debtor.<br><br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br>      Movant,<br>        v.<br><br><br>Monica L. Dickerson-Floyd,<br>      Debtor/Respondent,<br><br>KENNETH E. WEST,<br>      Trustee/Additional Respondent. | Bankruptcy No. 25-13230-amc<br><br>Chapter 13 |

**<u>STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY</u>**

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor" or "Movant") and Monica L Dickerson-Floyd, ("Debtor"), by and through the undersigned attorneys, hereby stipulate as follows:

**I.      BACKGROUND:**

1. On May 27, 2004, Monica L. Dickerson-Floyd, executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $66,500.00.

2. The Mortgage was recorded on June 3, 2004, with the Delaware County Recorder of Deeds.

3. The Mortgage was secured as a lien against the real property located in Delaware County commonly known as **218 Le Carra Drive, Lansdowne, Pennsylvania 19050** (the "Property").

4. The Note and Mortgage were last assigned to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST.

5. Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition payments of principal, interest and escrow when they became due. As of February 6, 2026, the post-petition arrears owed Movant is $3,991.96 and consists of four (4) monthly mortgage payments for November 1, 2025 through February 1, 2026 in the amount of $803.66 each, attorney fees and costs in the amount of $1,549.00, less a suspense balance of $771.68.

6. Thus, Debtor's post-petition arrears currently totals $3,991.96.

7. Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $803.66 per month shall become due under the Note and Mortgage on the first (1st) day of each successive month, beginning March 1, 2026 until the Note is paid in full. Debtor acknowledges that the monthly payment is subject to change and remains responsible for same.

8. U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, and Debtor desire to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

II. **STIPULATION FOR RELIEF FROM STAY**

9. Debtor confirms and acknowledges her financial obligations to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST under the Note and Mortgage.

10. Debtor further confirms and acknowledges her failure to make post-petition payments of principal, interest and escrow in the amount of post-petition arrears as set forth in Paragraphs 5 and 6 above.

11. Debtor further confirms and acknowledges her obligation and agrees to make regular post-petition payments of principal, interest and escrow going forward from March 1, 2026 as set forth in Paragraph 7 above.

12. Debtor is required to cure the remaining arrears of $3,991.96 by making payments to Movant in the amount of $665.33 for the next five (5) consecutive months, as well as, a sixth (6th) and final payment of $665.31, to be tendered on or before the fifteenth (15th) day of each month beginning March 15, 2026.

Payments should be payable and remitted to:

**Selene Finance LP,**

**3501 Olympus Blvd., Suite 500**

**Dallas, TX 75019**

13. In the event that Debtor converts to a Chapter 7 bankruptcy during the pendency of this bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion.  Should the Debtor fail to cure the arrears, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, will issue and serve upon Debtor's attorney written notification of default ("Notice") of this Stipulation.  If the default is not cured within fifteen (15) days of the Notice, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, may file a Certification of Default with the Bankruptcy Court ("Court")

and the Court shall enter an Order granting relief from the Automatic Stay.

14. In the event the Debtor defaults on her obligations under this Stipulation by failing to comply with the provisions as set forth above in Paragraph 11 and/or tender in full any of the payments described in Paragraph 12, on or before the dates upon which they are due, then U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assigns shall serve attorney for the Debtor via facsimile, electronic mail, and/or First Class Mail, postage prepaid, with written notification of the default. In the event that Debtor fails to cure the default within fifteen (15) days of the date of the Notice, then, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, or its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation without further notice to Debtor or the Order of this Court. If Movant is required to issue a Notice of Default, the Debtor shall pay $125.00 per Notice, as attorney fees, in addition to all funds required to fully cure the default prior to the expiration of the allowed cure period.

15. In addition, Debtor agrees that he is not permitted more than two (2) defaults from the date of this Stipulation. Debtor agrees that if he defaults under the terms of this Stipulation more than two (2) times, then, without further notice, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assigns may file a Certification of Default with the

Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

16. Neither U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's consent to this Stipulation nor U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's acceptance of any payments tendered by or on behalf of Debtor shall be construed as a waiver of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's right to proceed with or commence a foreclosure other legal action against Debtor under this Stipulation.  However, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, agrees to credit the mortgage account of Debtor for all payments made in accordance with this Stipulation, the Note and/or Mortgage.

17. This Stipulation may only be modified by a revised Stipulation filed on the docket in the U.S. Bankruptcy Court ("Court").  No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation as filed on the docket in the Bankruptcy.

18. Debtor hereby certifies and confirms that he has reviewed the terms of the Stipulation with his attorney, understands and is in agreement with the terms of this Stipulation, and authorizes his attorney to execute this Stipulation on his behalf.

IT IS HEREBY STIPULATED:

By: /s/ Sherri R. Dicks _____     Date: _2/17/2026_____
Sherri R. Dicks, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA Bar No. 90600
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: sdicks@raslg.com
Attorneys for Movant

/s/ Brad J. Sadek _____*with express permission*    Date: 2/12/2026_____
**BRAD J. SADEK**
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
215-545-0008
Fax : 215-545-0611
Email: brad@sadeklaw.com

NO OPPOSITION:

/s/ Jack K. Miller, Esq. for *with express permission*    Date: _____
**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215-627-1377

I have no objection to the terms of the proposed stipulation, without prejudice to any rights or remedies available to us.

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Monica L. Dickerson-Floyd,<br><br>        Debtor.<br><br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br>        Movant,<br>            v.<br>Monica L. Dickerson-Floyd,<br>        Debtor/Respondent,<br><br><br>KENNETH E. WEST,<br>        Trustee/Additional Respondent. | Bankruptcy No. 25-13230-amc<br><br>Chapter 13 |

## **ORDER**

AND NOW, this_____day of_, 2026, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Automatic Stay of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Monica L. Dickerson-Floyd,<br><br>     Debtor.<br><br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br>    Movant,<br>      v.<br>Monica L. Dickerson-Floyd,<br>    Debtor/Respondent,<br><br><br>KENNETH E. WEST,<br>    Trustee/Additional Respondent. | Bankruptcy No. 25-13230-amc<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on _____, 2026, I caused to be served a copy of the Stipulation Resolving Motion for Relief from Automatic Stay of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST via First Class Mail, postage prepaid, and/or electronic mail per the attached Service List.

**Service List**

**Monica L. Dickerson-Floyd**
218 Lecarra Drive
Lansdowne, PA 19050-0000

**BRAD J. SADEK, ESQ.**
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

**KENNETH E. WEST**
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**United States Trustee**
FREDERIC J. BAKER
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Sherri R. Dicks
    SHERRI R. DICKS

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Monica L. Dickerson-Floyd,<br><br>      Debtor.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br>      Movant,<br>        v.<br>Monica L. Dickerson-Floyd,<br>      Debtor/Respondent,<br><br>KENNETH E. WEST,<br>      Trustee/Additional Respondent. | Bankruptcy No. 25-13230-amc<br><br>Chapter 13 |

**<u>ORDER</u>**

AND NOW, this_____day of_, 2026, upon consideration of the foregoing Stipulation Resolving

Motion for Relief from Automatic Stay of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN

ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION

TRUST, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

_____

Ashely M. Chan
Chief U.S. Bankruptcy Judge

**Date: February 26, 2026**

# EXHIBIT "B"



**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**

L A W   O F F I C E S

| James Robertson, Esquire | Everett Anschutz, Esquire | David J. Schneid, Esquire | John Crane, Esquire |
|---|---|---|---|
| Member of Texas Bar | Member of Texas Bar | Member of Florida Bar | Member of Texas Bar |

April 29, 2026

Monica L Dickerson-Floyd
218 Lecarra Drive
Lansdowne, PA 19050-0000

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

VIA EMAIL AND U.S. MAIL

RE: Notice of Default for Monica L Dickerson-Floyd; Case No: 25-13230-amc

Dear Sir/Madam,

I represent U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST the servicer for mortgage on your client's property located at 218 LE CARRA DR, LANSDOWNE Pennsylvania  19050. Please consider this letter a Notice of Default under the terms of the Stipulation with respect to the Motion for Relief. (DE 37) ("Stipulation").

According to our client's records, the Debtor has not made the following mortgage payment pursuant to the Stipulation. In accordance with the Stipulation, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, hereby provides notice demanding the default be cured within fifteen (15) days of the date of this notice.

The breakdown of the Debtor's default is as follows:

Payments Due:

| | |
|---|---|
| Regular Payments Due – 03/01/2026 – 04/01/2026 @ $803.66 /month | $1,607.32 |
| Stipulation Payment Due – 03/15/2026 – 04/15/2026 @ $665.33 /month | $1,330.66 |
| Suspense Balance | $0.00 |
| **Total Amount Due to Cure Default:** | **$2,937.98** |

The address where payments should be sent is:

**Selene Finance LP**
**Attn: BK Dept**
**3501 Olympus Blvd.**
**5th Floor, Suite 500**
**Dallas, TX 75019**

Pursuant to the Stipulation, failure to cure this default within fifteen (15) days from the date of this notice will result in U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, filing an order terminating the automatic stay.

Please notify me once the payment has been sent, and please provide me with proof of the payment as well.  Should you have any further questions, please feel free to contact me.

Sincerely,


/s/ Michelle L. McGowan